# PLL TECHNOLOGIES, INC., Appellant

v.

# XILINX, INC., Appellee

2016-2219

United States Court of Appeals,
Federal Circuit.

June 13, 2017

Matthew Carmine Phillips, Laurence & Phillips IP Law LLP, Portland, OR, argued for appellant. Also represented by Derek Meeker; Steve Wong, Amin, Turocy & Watson, LLP, Cleveland, OH.

Matthew J. Silveira, Jones Day, San Francisco, CA, argued for appellee. Also represented by PATRICK THOMAS MI-

CHAEL; GREGORY A. CASTANIAS, Washington, DC; DAVID B. COCHRAN, JOSEPH M. SAUER, Cleveland, OH; JOSHUA R. NIGHTINGALE, Pittsburgh, PA.

(Prost, Chief Judge, Lourie And Schall, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**